# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

REC'D & FILED

2010 OCT 13 PM 2:04

BANKRUPTCY COURT
N.D. OF NY
ALBANY

7 Southwoods Boulevard,, Albany, New York 12211

**Andrea E. Celli, Esq.**
Trustee
**Bonnie Baker, Esq.**
Assoc. Attorney

Telephone: (518) 449-2043
Facsimile: (518) 449-2473

For payments Only:
P.O Box 1918
Memphis, TN 38101-1918

October 12, 2010

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:   07-12215           James & Yanina Bay

To Whom It May Concern:

    Enclosed please find check #921976 in the amount of $.01. The amount represents an over payment of the plan from the debtor(s) in this case. All attempts to return these funds to the debtor have been unsuccessful. Our records reflect the debtor's name and address is as follows:

Debtor Refund:   James & Yanina Bay
                 12 Linda Road
                 Elizaville, NY 12523

Very truly yours,

*Cheryl Corning*
Cheryl Corning
Office of Andrea Celli